# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

Wisconsin Laborers Health Fund, et al
    Plaintiff,

VS

CASE NUMBER 10-808

Midwest Landscaping Co., LLC et, al
    Defendant

## AFFIDAVIT OF SERVICE

Midwest Landscaping Co., LLC
c/o Christopher Thomas Registered Agent
W297 S9115 State Road 83
Mukwonago WI 53149

STATE OF WISCONSIN
MILWAUKEE COUNTY

LES B JOHNS, being sworn, states:
1. I am an adult resident of the State of Wisconsin and not a party to this action. On September 22, 2010, at 8:15 am at W297 S9115 State Road, City of Mukwonago, County of Walworth, State of Wisconsin, I did serve the attached Summons in a civil Action, Civil Cover Sheet, Complaint, Disclosure Statement, Consent to Proceed Before A U.S. Magistrate Judge dated 20th date of September, 2010 in the above- entitled action namely Midwest Landscaping Registered Agent Christopher Thomas by delivering to and leaving with him a true and correct copy; I did know the person so served to be the individual in this matter, and signed my name, date, time and manner, service, and on whom service was made on the copy so served.

LES B JOHNS
LJOHNS SERVICES

Signed and sworn to before me
On _____ 2010
By Les B Johns
_____
Notary Public, State of Wisconsin
My commission is permanent
_____ 2013

Fee $33.00