# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND and JOHN SCHMITT

Case Number: 10-CV-808

v.

MIDWEST LANDSCAPING CO., L.L.C.,
and CHRISTOPHER THOMAS

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff, Building & Public Works Laborers Vacation Fund, and against defendants Christopher Thomas and Midwest Landscaping Co., L.L.C., in the amount of $3,290.05, jointly and severally, together with costs as taxed by the Clerk of Court and interest at the rate allowed by law; and

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff, Building & Public Works Laborers Vacation Fund, and against defendant Midwest Landscaping Co., L.L.C., in the amount of $2,038.79, together with costs as taxed by the Clerk of Court and interest at the rate allowed by law; and

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs, Wisconsin Laborers Health Fund and John Schmitt, and against defendant Midwest Landscaping Co., L.L.C., in the amount of $28,693.61, together with costs as taxed by the Clerk of Court and interest at the rate allowed by law; and

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund and John Schmitt, and against defendant Midwest Landscaping Co., L.L.C., in the amount of $321.00 for attorney fees.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

November 17, 2010
Date

s/Nancy A. Monzingo
By: Deputy Clerk